# United States Court of Appeals
## For the First Circuit

No. 21-1149

WE THE PEOPLE PAC; BILLY BOB FAULKINGHAM, State Representative; LIBERTY INITIATIVE FUND; NICHOLAS KOWALSKI,

Plaintiffs - Appellees,

v.

SHENNA BELLOWS, in her official capacity as the Secretary of State of Maine; JULIE FLYNN, in her official capacity as the Deputy Secretary of State of Maine for the Bureau of Corporations, Elections and Commissions,

Defendants - Appellants.

**MANDATE**

Entered: September 28, 2022

In accordance with the judgment of July 7, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jason David Anton
Jonathan Richard Bolton
Paul A. Rossi
Stephen C. Whiting